```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

JOHN ARTHUR ORR,

                Plaintiff,

v.                                   Case No. 3:05-cv-332-J-32MCR

VOLUSIA COUNTY, et al.,

                Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system proceeding pro se, initiated this action by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) on April 11, 2005. Plaintiff names the following three Defendants in this action: (1) Volusia County; (2) Kevin Hickey, Director of the Volusia County Jail; and, (3) Halifax Medical Center. In the Complaint, Plaintiff asserts that the Defendants were deliberately indifferent to his serious medical needs by delaying his access to medical care for a gallbladder disease between May 16, 2003, and May 19, 2003. Plaintiff underwent surgery for this disease on May 22, 2003. Plaintiff also complains of his post-operative care at the Volusia County Jail.

The Court takes judicial notice of Plaintiff's previous filing in this Court in Case Number 6:04-cv-106-ORL-31DAB. In that case, Plaintiff names several Defendants, including the same three Defendants he sues in this action. In that case, Plaintiff raises several claims based upon events that allegedly occurred at the Volusia County Jail between May 22, 2003, and June 8, 2003,

including claims of deliberate indifference to his serious medical needs based upon inadequate post-operative care.

Clearly, Plaintiff's claims in this action are related to the claims raised in his previously filed action in Case Number 6:04-cv-106-ORL-31DAB. In an effort to conserve scarce judicial resources, Plaintiff will be required to raise in one action all of his claims that relate to his care both before and after his May 22, 2003, gallbladder surgery. Accordingly, this Court will dismiss this case without prejudice so that Plaintiff may seek leave to amend[1] his complaint in Case Number 6:04-cv-106-ORL-31DAB to include all of his related claims.

Therefore, it is now

**ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice.

2. The Clerk shall enter judgment dismissing this case without prejudice, and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 13th day of June, 2005.

TIMOTHY J. CORRIGAN
United States District Judge

ps 6/13
c:
John Arthur Orr

---

[1] The Court notes that Plaintiff filed a motion to amend his complaint in Case Number 6:04-cv-106-ORL-31DAB on June 6, 2005. That motion is currently pending.

2